```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DENISE CRUMWELL, ON BEHALF OF                              :
HERSELF AND ALL OTHER PERSONS                              :
SIMILARLY SITUATED,                                        :
                                        Plaintiffs,        :      21-CV-7606 (VSB)
                                                           :
                        -against-                          :      ORDER
                                                           :
ILES FORMULA, INC.,                                        :
                                        Defendant.         :
                                                           :
---------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2021

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on September 10, 2021, (Doc. 1), and filed an affidavit of service on September 23, 2021, (Doc. 6). The deadline for Defendant to respond to Plaintiffs' complaint was October 12, 2021. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 29, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 19, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge